IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DORIS BAXTER, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:16-CV-14-CDL-GMB ) |
| SHAWN ROBERT LEAVELL, *et al.*, | ) ) |
| Defendants. | ) |

## FINAL ORDER AND JUDGMENT

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 2, 2017 (ECF 83). Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and Plaintiffs' Petition for Pro Ami Approval of Minors' Pro Tanto Settlement (ECF 80) is GRANTED.

Additionally, the Clerk is instructed to enter Judgment dismissing all remaining claims pursuant to the Joint Stipulation of Dismissal with prejudice (ECF 87).

IT IS SO ORDERED, this 1st day of June, 2017.

s/Clay D. Land
CLAY D. LAND
U.S.DISTRICT COURT JUDGE